CAROLINE H. JOHNSTON, Appellant, v. J. WILLIS FLICKINGER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

SUNDEL SALAND, Respondent, v. HEBREW PUBLISHING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.; Scott, J., dissented.

BANKERS SERVICE CORPORATION, Respondent, v. MUTUAL TRUST COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

FANNIE BLUM, Appellant, v. HARRY JOHN GRUMPELT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

CHARLES W. YATES, Respondent, v. DAVID C. COOK PUBLISHING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Dowling, Page and Davis, JJ.

NORD DEUTSCHE INSURANCE COMPANY OF HAMBURG, GERMANY, Appellant, v. THE JOHN L. DUDLEY, JR., COMPANY and Others, Impleaded with JOHN E. KING, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

THE COMMERCIAL CABLE COMPANY, Appellant, v. MAURICE HEILMANN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

FRANK S. BONFIELD, Respondent, v. LOUIS C. BUSS and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

CAROLINE F. GORHAM, Respondent, v. MARIE WEINDORF and Others, Defendants. BELA DARWIN EISLER, Petitioner, Appellant. (Appeal No. 1.) CAROLINE F. GORHAM, Respondent, v. MARIE WEINDORF and Others, Defendants. BELA DARWIN EISLER, Petitioner, Appellant. (Appeal No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.